THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph McCants-Freeman, Appellant.
 
 
 

Appeal From Richland County
 J. Michelle Childs, Circuit Court Judge
Unpublished Opinion No. 2010-UP-018
Submitted January 4, 2010  Filed January
 25, 2010  
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Joseph
 McCants-Freeman appeals his guilty pleas
 to armed robbery and kidnapping, arguing the circuit court erred in accepting
 his guilty pleas without informing him that by pleading, he waived his right to
 cross-examine the State's witness.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] McCants-Freeman's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.  
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.